

### September 16, 2014

| | | |
|---|---|---|
| CAAP–13–00 02611 | State v. Reinke-Harlacher | Vacated and Remanded |

### September 17, 2014

| | | |
|---|---|---|
| CAAP–13–00 02550 | Bank of America, N.A. v. Lanzi | Affirmed |
| CAAP–11–00 00509 | State v. Davis | Affirmed |

### September 18, 2014

| | | |
|---|---|---|
| CAAP–13–00 02287 | Bank of New York Mellon v. R. Onaga, Inc. | Vacated and Remanded |

### September 19, 2014

| | | |
|---|---|---|
| CAAP–13–00 06028 | U Children, In re | Affirmed |

### September 30, 2014

| | | |
|---|---|---|
| CAAP–13–00 00399 | State v. Hayata | Vacated and Remanded |
| CAAP–13–00 00414 | State v. Thorp | Affirmed |
| CAAP–11–00 01077 | Sterling Qtip Exempt Trust Dated August 24, 1995, In re | Affirmed |